**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
■    1st    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Gonzalo De La Torre Gil          JOINT DEBTOR:  Maria J. Rioseco    CASE NO.:16-21296-AJC
Last Four Digits of SS#    7302           Last Four Digits of SS#    4129

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of     60     months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $  1,714.71       for months    1    to    12   ;
    B.    $    541.58       for months    13   to    60   ; in order to pay the following creditors:

Administrative:      Attorney's Fee - $3,500.+ 2,500.+750. + 300. Costs + 500.(Mod) =$7,550.00
                            Total Paid -     $  2,100.00
                            Balance Due-   $ 5,450.00        payable $ 410.42  /month  (Months   1   to   12 )
                                                              $ 262.50  /month  (Months  13  to   14 )

Secured Creditors:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.    Nationstar Mortgage              MMM Program – Denied
Address:    350 Highland Dr            Payment    $1,169.07/month   (Months    1   to  12 )
           Lewisville, TX 75067               Payment    $      0.00/month   (Months   13   to  60 )
Account No:    2728

2.    Chelsea Estates HOA
Address:   Pob 961239                  Regular Payments:$ 67.59 /month (Months    1    to  12 )
          Miami, FL 33296                    $ 89.36 /month (Months   13   to  60 )
Account No:     3248

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chelsea Estates HOA (2nd Mtg) Acct # xxxxx3248 | Homestead property located at 6480 SW 159 PL Miami, FL 33193 $286,377.00 | 0.00% | $0.00 | 1 To 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. Internal Revenue Service      Total Due $3,913.90
                             Payable  $    0.00    /month  (Months  1   to   12 )
                             Payable  $   81.54   /month  (Months 13   to   60 )

Unsecured Creditors:    Pay $  0.00  month  (Months  1   to  12 )
                          Pay $  54.02  month  (Months 13   to  14 )
                          Pay $ 316.52  month  (Months 15   to  60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtors were denied TPP offer with Nationstar Mortgage LLC and creditor is now outside the plan with consent to relief from stay.
.Chevrolet (2015 Chevy) lease is to be assumed. The debtor(s) is hereby advised that the Ch.13 trustee has requested that the debtor comply with 521 (f) 1-4 on an annual basis during the pendency of this case.  The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous years' income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
           /s                                                                  /s
Debtor                                                                          Joint Debtor
Date:    8/9/2017                                          Date:     8/9/2017